# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Elsa Lidia Audelo-Marquez,<br><br>        Defendant. | No. CR-16-01379-TUC-RCC (BGM)<br><br>**ORDER** |

    This Court has reviewed the Report and Recommendation filed by the Magistrate Judge, the objection filed by the defendant, the response thereto by the Government, the reply filed by the defendant, as well as the exhibits and previous pleadings filed in this case. The Court finds that the Magistrate Judge's well-reasoned opinion (Doc. 119) is adopted. Therefore the Motions to Suppress (Doc. 43 and 46) are DENIED.

    The Court does have some issues about whether or not the defendant's disclosure motions are still relevant and need to be addressed. If counsel think those issues still need to be resolved and are not moot as believed to be by the Magistrate Judge, counsel shall contact the Court to set a hearing.

    The trial date of December 12, 2017 at 9:30 a.m. before Chief Judge Raner C. Collins is AFFIRMED.

    Dated this 16th day of November, 2017.

_____
Honorable Raner C. Collins
Chief United States District Judge